Dennis Michael Gieck
7018 Blair Road
Calipatria, CA 92233
K76640



FILED
OCT 2 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Michael Gieck, Plaintiff, <br><br> v. <br><br> L. Canada, L.V.N., P.A.; Thomas Kemp, R.PH.; A.T., REG. PHARMACIST; Martin Earle Levin, M.D.; John Doe No. 1, PH.T.; John Doe No. 2, PH.T., Defendants. | '07CV 2083 J  BLM <br><br> SEPARATE MEMORANDUM OF POINTS AND AUTHORITIES FILED BY PLAINTIFF |

## INTRODUCTION

Plaintiff Dennis Michael Gieck, a state prisoner proceeding PRO SE and IN FORMA PAUPERIS, hereby files an additional civil action for

1

violations of his civil rights under the Eighth Amendment. Plaintiff respectfully requests that the United States District Court allow Plaintiff to submit a separate memorandum of points and authorities and argument to strengthen this Complaint with case law

ARGUMENT

During the time period of October 9 to October 22, the listed Defendants repeatedly DENIED this Plaintiff-prisoner two severe pain medication prescribed by Doctor B. Cavner on August 21, 2007. Estelle v. Gamble 429

97. S.CT. 104-105. Defendant Canada blamed pharmacy staff for refusal to refill Plaintiff's Tramadol and amitriptyline prescription, yet simultaneously told Plaintiff during the time period of October 9 to October 22, 2007, that his severe pain medications had "expired on October 4, 2007." Neither Defendant Canada nor the pharmacy staff would provide his previously prescribed medications. <u>Aswegan v. Bruhl</u>, 965 F.2d 676, 677-78 (8th Cir. 1992). And once AGAIN

Chief Medical officer Dr. Levin refused to intervene in this intentionally orchestrated REPRISAL for past lawsuits and proven Medical Board Complaint. Rogers v. Evans, 792 F.2d 1052, 1058 (11th Cir. 1986). This intentional REPRISAL shocks the minds and morals of any civilized human beings. Howell v. Evans, 922 F.2d 712, 719 (11th Cir. 1991).

Personal participation of ALL Defendants is obvious because of the concerted effort it took of ALL

4

Defendants to DENY Plaintiff's refills. <u>Taylor v. List</u>, 880 F.2d 1040, 1045 (9th Cir. 1989).

For days and days [October 9 to 22, 2007] Defendants violated Plaintiff's Eighth Amendment rights by their CONCERTED denial of Plaintiff's refills order by Dr. B. Covner. <u>Aswegan v. Bruhl</u>, supra. <u>Hill v. Marshall</u> 962 F.2d 1209, 1213-14 (6th Cir. 1992). Given Plaintiff's long history of severe thoracic-cervical pain, the Defendants, have once AGAIN revealed

5

themselves for the monsters they are. <u>Estelle v. Gamble</u>, 429 U.S. 97 104-105, 97 S. CT. 285 (1976). <u>Rosen v. Chang</u>, 811, F. Supp. 754, 760-61 (DRI 1992).

*prescreened*

*NEW COMPLAINT*
*Cleck v. Canada*

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF IMPERIAL**      *SEPARATE MEMO. ARGUMENT*
(C.C.P. SEC. 446 & 2015.5: 28 U.S.C. 1746)

I, __Dennis Cleck__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __22d__ DAY OF __October__, 2007 AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002.

(SIGNATURE) _____
DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL
(C.C.P. SEC. 1013 (a) & 2015.5 28 U.S.C. 1746)

I, __Dennis Cleck__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / AM NOT A PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 5002, CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

ON __10-22-__ 2007 IS SERVED THE FOREGOING

__Unscreened Sep. Memorandum / Argument__
SET FORTH EXACT TITLE OF DOCUMENTS SERVED

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

*Unscreened*
*possible title → Cleck v. Canada*
*as the Court's Discretion transpires.*

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE __Oct. 22__, 2007    _____
(DECLARANT / PRISONER)

*(Thank you)*