Dennis Michael Gieck
PLAINTIFF/PETITIONER/MOVANT'S NAME
K76640
PRISON NUMBER
Calipatria State Prison
PLACE OF CONFINEMENT
7018 Blair Rd., CA 92233
ADDRESS

2254 ____ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

FILED
OCT 24 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

# United States District Court
## Southern District Of California

Dennis Michael Gieck,
Plaintiff/Petitioner/Movant

v.

L. Canada, et al,
Defendant/Respondent

Civil No. 07CV 2083 J   BLM
(TO BE FILLED-IN-BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Dennis Michael Gieck, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration: Calipatria State Prison
   Are you employed at the institution?   ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                 H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _August 1984; $240.00 a week; The Edward Fineman Company, Santa Fe Springs_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends     ☐ Yes ☒ No
   c. Pensions, annuities or life insurance              ☐ Yes ☒ No
   d. Disability or workers compensation                 ☐ Yes ☒ No
   e. Social Security, disability or other welfare       ☐ Yes ☒ No
   e. Gifts or inheritances                              ☒ Yes ☐ No
   f. Spousal or child support                           ☐ Yes ☒ No
   g. Any other sources                                  ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _Postage stamps sent by friends and Christian brothers outside; I also do legal work and other analyses (approx. $10 a mo.)_

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *not applicable*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): *Debts are approximately $16,000 to the State of California Restitution Fund and to the U.S.D.C. for the Southern District of California*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *not applicable*

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. *not applicable*

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10-22-2007
DATE

*[signature]*
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Gieck__
(NAME OF INMATE)

__K76640__
(INMATE'S CDC NUMBER)

has the sum of $ __-490.91__ on account to his/her credit at __Calipatria State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__9/4/07__
DATE

__K. Perdomo__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__K. Perdomo__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Dennis Michael Gieck K76640__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). [handwritten: $350.00] I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__8-28-2007__                    __[signature] K76640__
DATE                              SIGNATURE OF PRISONER
                                  Dennis Michael Gieck

Case 3:07-cv-02083-J-BLM   Document 2   Filed 10/24/2007   Page 6 of 11

```
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 04, 2007

ACCOUNT NUMBER : K76640                       BED/CELL NUMBER: FD0100000000112L
ACCOUNT NAME   : GIECK, DENNIS MICHAEL        ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
    DATE         HOLD
   PLACED        CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
  ----------     ----      -------------------------  -----------      -----------
  02/01/2007     H109      LEGAL POSTAGE HOLD         01-27/4120              4.20
  08/07/2007     H200      GENERAL HOLD               ENVEL 0771              0.30
  08/07/2007     H109      LEGAL POSTAGE HOLD         8/6   0773              1.14
  08/07/2007     H109      LEGAL POSTAGE HOLD         8/6   0773              4.60
  08/07/2007     H109      LEGAL POSTAGE HOLD         8/6   0773             12.50
  08/09/2007     H109      LEGAL POSTAGE HOLD         08-07/0831              5.05
  08/09/2007     H109      LEGAL POSTAGE HOLD         08-07/0831              5.05
  08/14/2007     H118      LEGAL COPIES HOLD          08-07/0911             94.70
  08/14/2007     H118      LEGAL COPIES HOLD          08-09/0911            149.10
  08/14/2007     H200      GENERAL HOLD               08-07/0915              0.30
  08/14/2007     H200      GENERAL HOLD               08-09/0915              0.30
  08/15/2007     H118      LEGAL COPIES HOLD          08-13/0950             95.10
  08/15/2007     H200      GENERAL HOLD               08-13/0953              0.15
  08/15/2007     H109      LEGAL POSTAGE HOLD         08-13/0955              4.60
  08/15/2007     H109      LEGAL POSTAGE HOLD         08-13/0955             11.00
  08/15/2007     H109      LEGAL POSTAGE HOLD         08-09/0955             15.35
  08/15/2007     H109      LEGAL POSTAGE HOLD         08-09/0955              0.97
  08/15/2007     H109      LEGAL POSTAGE HOLD         08-09/0955              1.31
  08/20/2007     H109      LEGAL POSTAGE HOLD         08-15/0997              4.60
  08/20/2007     H109      LEGAL POSTAGE HOLD         08-15/0997              6.30
  08/21/2007     H118      LEGAL COPIES HOLD          08-15/1053             63.00
  08/21/2007     H200      GENERAL HOLD               08-15/1056              0.15
  08/24/2007     H118      LEGAL COPIES HOLD          08-15/1170              3.00
  08/24/2007     H109      LEGAL POSTAGE HOLD         08-22/1173              0.97
  08/24/2007     H109      LEGAL POSTAGE HOLD         08-22/1173              0.97
  08/27/2007     H110      COPIES HOLD                08/27 1205              1.00
  08/28/2007     H118      LEGAL COPIES HOLD          8/22  1239              4.90
  08/28/2007     H200      GENERAL HOLD               ENVEL 1246              0.30
```

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 04, 2007

ACCT: K76640        ACCT NAME: GIECK, DENNIS MICHAEL        ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 490.91 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
490.91-



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Gicck, Dennis__,
(NAME OF INMATE)

__K76640__,
(INMATE'S CDC NUMBER)

has the sum of $ __-922.19__ on account to his/her credit at __Calipatria State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__1-10-07__
DATE

__K. Perdomo__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__K. Perdomo__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                    -4-                    K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, Dennis M. Gieck K76640, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

7-9-2007
DATE

[signature]
SIGNATURE OF PRISONER

```
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 10, 2007

ACCOUNT NUMBER : K76640                      BED/CELL NUMBER: FD0100000000112L
ACCOUNT NAME   : GIECK, DENNIS MICHAEL             ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION     COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
-----    ----   -----------     -------       ---------   --------   -----------    -------

01/01/2007      BEGINNING BALANCE                                                    37.93

01/16   W512   LEGAL POSTAGE  12/28  3796                                4.20        33.73
01/16   W512   LEGAL POSTAGE  12/28  3796                                7.15        26.58
01/16   W512   LEGAL POSTAGE  12/13  3796                                4.20        22.38
01/16   W512   LEGAL POSTAGE  12/13  3796                                3.03        19.35
01/16   W512   LEGAL POSTAGE  1/5    3796                                4.20        15.15
01/16   W512   LEGAL POSTAGE  1/5    3796                                2.31        12.84
01/16   W516   LEGAL COPY CH  12/15  3801                                3.50         9.34
01/26   W513   MISC. CHARGES  12-28/4024                                 0.30         9.04
02/06   W513   MISC. CHARGES  1/03   4225                                0.30         8.74
02/13   W516   LEGAL COPY CH  1/13   4344                                8.40         0.34
02/13   W513   MISC. CHARGES  1/12   4334                                0.04         0.30
02/13   W513   MISC. CHARGES  1/13   4334                                0.30         0.00


                              CURRENT HOLDS IN EFFECT
    DATE         HOLD
   PLACED        CODE         DESCRIPTION                  COMMENT         HOLD AMOUNT
 ----------      ----    -----------------------         -----------       -----------
 02/01/2007      H109    LEGAL POSTAGE HOLD              01-27/4120              4.20
 05/22/2007      H118    LEGAL COPIES HOLD               5/18   6428            146.40
 06/07/2007      H109    LEGAL POSTAGE HOLD              5/30   6719              7.70
 06/07/2007      H109    LEGAL POSTAGE HOLD              5/30   6719              4.60
 06/07/2007      H109    LEGAL POSTAGE HOLD              5/30   6719              7.70
 06/07/2007      H109    LEGAL POSTAGE HOLD              5/30   6719             11.95
 06/12/2007      H109    LEGAL POSTAGE HOLD              6/11   6824              1.14
 06/12/2007      H109    LEGAL POSTAGE HOLD              6/11   6824              0.97
 06/12/2007      H109    LEGAL POSTAGE HOLD              6/11   6824              1.48
 06/18/2007      H109    LEGAL POSTAGE HOLD              6/13   6911              4.60
 06/18/2007      H109    LEGAL POSTAGE HOLD              6/13   6911             10.00
 06/18/2007      H109    LEGAL POSTAGE HOLD              6/13   6911             11.00
 06/20/2007      H200    GENERAL HOLD                    ENVEL  7021              0.45
 06/20/2007      H200    GENERAL HOLD                    ENVEL  7021              0.45
 06/20/2007      H118    LEGAL COPIES HOLD               6/14   7025            142.60
 06/20/2007      H118    LEGAL COPIES HOLD               6/12   7025            153.90
 06/26/2007      H109    LEGAL POSTAGE HOLD              6/22   7081              1.14
 06/26/2007      H109    LEGAL POSTAGE HOLD              6/22   7081              0.97
 06/26/2007      H109    LEGAL POSTAGE HOLD              6/22   7081              1.48
 06/26/2007      H109    LEGAL POSTAGE HOLD              6/19   7081              6.30
 06/26/2007      H109    LEGAL POSTAGE HOLD              6/19   7081              6.30
 06/26/2007      H109    LEGAL POSTAGE HOLD              6/19   7081              6.30
 07/03/2007      H109    LEGAL POSTAGE HOLD              6/27   0012              4.60
 07/03/2007      H109    LEGAL POSTAGE HOLD              6/27   0012              6.85
```

CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 10, 2007

ACCT: K76640        ACCT NAME: GIECK, DENNIS MICHAEL        ACCT TYPE: I

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/03/2007 | H109 | LEGAL POSTAGE HOLD | 6/27  0012 | 1.31 |
| 07/03/2007 | H200 | GENERAL HOLD | ENVEL 0021 | 0.30 |
| 07/03/2007 | H200 | GENERAL HOLD | ENVEL 0021 | 0.45 |
| 07/03/2007 | H200 | GENERAL HOLD | ENVEL 0021 | 0.45 |
| 07/03/2007 | H118 | LEGAL COPIES HOLD | 6/26  0026 | 86.60 |
| 07/03/2007 | H118 | LEGAL COPIES HOLD | 6/20  0026 | 13.30 |
| 07/03/2007 | H118 | LEGAL COPIES HOLD | 6/18  0026 | 276.10 |
| 07/06/2007 | H200 | GENERAL HOLD | 06-28/0084 | 0.30 |
| 07/10/2007 | H200 | GENERAL HOLD | 07-02/0131 | 0.30 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 37.93 | 0.00 | 37.93 | 0.00 | 922.19 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
922.19-
--------------



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  K Pudone
     TRUST OFFICE