Dennis Michael Gieck
K76640
7018 Blair Road
Calipatria, CA 92233

**NUNC PRO TUNC**
**OCT 26 2007**

FILED
2007 NOV -1 PM 2: 29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

United States District Court
Southern District of California

Dennis Michael Gieck,
　　Plaintiff,
　v.
L. Canada, L.V.N., P.A.;
Thomas Kemp, R.PH.;
　　et al,
　　Defendants.

07CV 2083 J (BLM)
REQUEST TO SUBMIT CORRECTED COMPLAINT BY PLAINTIFF; PLEASE ONLY FILE THE COMPLAINT [10 pages] DATED 10-24-2007
TIME:
DATE:

## INTRODUCTION

Plaintiff Dennis Michael Gieck, a state prisoner proceeding PRO SE and IN FORMA PAUPERIS, did **NOT** place in the "cause of action" section of his Complaint the right to medical care and medication; Plaintiff wants to resend 10 pages. The Plaintiff will send 7 new copies as soon as he has access to the law library. Plaintiff apologizes to the Court.

1

Please additionally be advised that the memorandum, exhibits and motion for IFP related to the presently unscreened case Gieck v. Canada are to be filed at the Court's convenience and discretion. Only the 10-page Complaint entitled Gieck v. Canada is defective. Plaintiff will send at least 7 new copies of the same document [the corrected document] ASAP just as soon as he can access the law library again. Thank you.

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

UNSCREENED Gieck v. Canada

I, Dennis Gieck (C.C.P. SEC. 446 & 2015.5; 28 U.S.C. 1746) DECLARE UNDER PENALY OF PERJURY THAT: I AM THE Plaintiff IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 24th DAY OF October, 2007 AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002

(SIGNATURE) _____
DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL
(C.C.P. SEC. 1013 (a) & 2015.5 28 U.S.C. 1746)

I, Dennis Gieck AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / AM NOT A PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 5002, CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

ON Oct. 24, 2007 IS SERVED THE FOREGOING

10-PAGE NEW COPIES OF DEFECTIVE COMPLAINT

SET FORTH EXACT TITLE OF DOCUMENTS SERVED

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

October 24, 2007
Thank you

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE October 24, 2007 _____
(DECLARANT / PRISONER)