# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED

2007 NOV 26 AM 11: 46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE

FROM: R. Mullin,_____ Deputy Clerk        RECEIVED DATE: ___11/16/2007___

CASE NO.: ___07cv2083 J (BLM)___   DOCUMENT FILED BY: Plaintiff

CASE TITLE: Gieck v. Canada, et al

DOCUMENT ENTITLED: Complaint, Memorandum of Points and Authorities & Exhibits "AG"-"C"

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Document is already on file (Doc #5).** Plaintiff has already filed First Amended Complaint. However Plaintiff must seek second Amended Complain leave of court to file |

Date forwarded: ___11/16/2007___ Per FRCP 15

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: ___Judge Jones___

Dated: __11/26/07__          By: ___SDR / BLC___
cc: All Parties

Dennis M. Gieck
(Name)
7018 Blair Road
(Address)
Calipatria, CA
(City, State, Zip)
K-76640
(CDC Inmate No.)

COPY COPY COPY REJECTED

# United States District Court
## Southern District of California

Dennis Michael Gieck,
(Enter full name of plaintiff in this action.)

               Plaintiff,

v.

L. Canada, L.V.N. PA.;
Thomas Kemp, R.PH.;
A.T., Registered PH.;
Martin Earle Levin, MD;
John Doe No. 1, PH.TECH;
John Doe No. 2, PH.TECH;

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Dennis
Michael Gieck, who presently resides at Calipatria
(print plaintiff's name)
(mailing address or place of confinement)
State Prison, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Calipatria
State Prison on (dates) 10-10-07, 10-12-07, and 10-20-07.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form
(Rev. 1/05)

1

Dennis Michael Gieck
7018 Blair Road
Calipatria, CA 92233
K76640

COPY ~~ORIGINAL~~ **REJECTED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Michael Gieck,<br>　　　　Plaintiff,<br><br>　　V.<br>L. Canada, LVN, P.A.;<br>Thomas Kemp, R.PH.;<br>A.T., REG. PHARMACIST;<br>Martin Earle Levin, M.D.;<br>John Doe No. 1, PH.T.;<br>John Doe No. 2, PH.T.;<br>　　　　Defendants. | SEPARATE<br>MEMORANDUM OF<br>POINTS AND<br>AUTHORITIES FILED<br>BY PLAINTIFF |

# INTRODUCTION

Plaintiff Dennis Michael Gieck, a state prisoner proceeding PRO SE and IN FORMA PAUPERIS, hereby files an additional civil action for

1

1 EDMUND G. BROWN, JR.
Attorney General of the State of California
2 KRISTIN G. HOGUE
Supervising Deputy Attorney General
3 KAREN M. WALTER, State Bar No. 97945
Deputy Attorney General
4 110 West A Street, Suite 1100
San Diego, CA 92101
5 P.O. Box 85266
San Diego, CA 92186-5266
6 Telephone: (619) 645-2001
Fax: (619) 645-2012
7

8 Attorneys for Defendants Seleaina Ann Thomas, J. R.
Bellinger; and Martin E. Levin, M.D.
9

10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15 DENNIS MICHAEL GIECK,                    | Case No. 06CV2719 IEG (JAM)

16                          Plaintiff,      | DENNIS MICHAEL GIECK
                                            | MEDICAL, DENTAL,
17              v.                          | PSYCHIATRIC FILE FROM
                                            | OCTOBER 2006 TO PRESENT;
18 SELEAINA ANN THOMAS, N.P.; J.R.          | BATES LABELS AG00001 -
BELLINGER, PH.D.; MARTIN EARLE             | AG00295
19 LEVIN M.S.;

20                          Defendants.

21

22

23

24

25

26

27

28

Plaintiff's
Exhibit
"AG"