# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2007 DEC 11 PM 5:01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Jones
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 12/10/2007
CASE NO.: 07cv2083 J (BLM)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Gieck v. Canada, et al
DOCUMENT ENTITLED: Plaintiff's New Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ Local Rule | Discrepancy |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default Judgment in sum certain includes calculated interest |
| ☒ | **OTHER: No proof of service.** |

Date forwarded: 12/10/2007

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 12/11/07    CHAMBERS OF: Judge Jones
cc: All Parties    By: SM/PSLL

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Dennis Michael Gieck
K76640
7018 Blair Road
Calipatria, CA 92233

REJECTED

ORIGINAL

# United States District Court
# Southern District of California

| | |
|---|---|
| Dennis Michael Gieck, Plaintiff, v. L. Canada, LVN, P.A.; Thomas Kemp, R.PH.; A.T., Registered Pharmacist; Martin Earle Levin, M.D.; John Doe 1, Ph. Technician; John Doe 2, Ph. Technician, Defendants. | Case No. 07CV2083J(BLM) Plaintiff's New Complaint 07CV2083J(BLM) is NOT "Already on file" and is NOT Related to case 071734L(PCL); Please review "Discrepancy Order" and rescreen 07CV2083J TIME: DATE: |

## INTRODUCTION

Plaintiff Dennis Michael Gieck, a state prisoner currently proceeding PRO SE and IN FORMA PAUPERIS, recently submitted a new civil action [Complaint [No. 07CV2083J(BLM)] with a new IN FORMA PAUPERIS MOTION and a new Trust Account Withdrawal Statement-Authorization processed by CSP prison personnel. Plaintiff begs the Honorable USDC Judge Napolean A. Jones' pardon, but said 07CV2083J(BLM) is an entirely new cause of

1.