# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Dennis Michael Gieck

V.

L. Canada, Thomas Kemp, A.T., Martin Earle Levin, John Doe I, John Doe II

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07cv2083 J (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's First Amended Complaint in Civil Case No. 07cv2083 J (BLM) is dismissed as frivolous pursuant to 28 U.S.C.1915A(b)(1)...

| December 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/A.Everill |
| | (By) Deputy Clerk |
| | ENTERED ON December 14, 2007 |

07cv2083 J (BLM)