Dennis Michael Gieck
K-76640
7018 Blair Road
Calipatria, CA 92233

Original

NUNC PRO TUNC
DEC 26 2007

FILED
2008 JAN -3 PM 2:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

# United States District Court
# Southern District of California

| | |
|---|---|
| Dennis Micheal Gieck, Plaintiff, v. C. Canada, L.V.N., P.A.; Thomas Kemp, R. Pharmacist; A.T., Registered Pharmacist; Martin Earle Levin, M.D.; John Doe 1, Ph. Technician; John Doe 2, Ph. Technician; Defendants. | Case No. 07CV2083 J (BLM) PLAINTIFF'S MOTION FOR RESCREENING - IF PERMISSIBLE - TO THE HONORABLE UNITED STATES DISTRICT JUDGE NAPOLEON A. JONES, JR.; PLEASE RESCREEN DATE: TIME: |

## INTRODUCTION

Plaintiff Dennis Michael Gieck, a state prisoner currently proceeding PRO SE and IN FORMA PAUPERIS, respectfully requests the Court's reconsideration in processing the above Complaint as an entirely new Complaint, with an entirely new cause of action, with all new Defendants. Anything this Plaintiff-prisoner must do to obtain said reconsideration Plaintiff will get done for the Court. Any errors or omissions this Plaintiff has made Plaintiff will correct or add as deemed appropriate by this Court.

Again Plaintiff respectfully and earnestly requests the Court pardon Plaintiff's errors. Plaintiff respectfully requests the Court peruse the Discrepancy sheets and PLEASE rescreen Case No. 07CV2083 J (BLM).

Thank you.

## VERIFICATION

I declare under penalty of perjury the above information is true and correct and if I am called as a witness I will testify to the same.

Date: 12-21-2007

Dennis Gieck

1

Dennis Michael Gieck
K76640
7018 Blair Road
Calipatria, CA 92233


Original

# United States District Court
## Southern District of California

| | |
|---|---|
| Dennis Michael Gieck, Plaintiff, v. L. Canada, LVN, P.A.; Thomas Kemp, R.PH.; A.T., Registered Pharmacist; Martin Earle Levin, M.D.; John Doe 1, Ph. Technician; John Doe 2, Ph. Technician, Defendants. | Case No. 07CV2083J(BLM) Plaintiff's New Complaint 07CV2083J(BLM) is NOT "Already on file" and is NOT Related to Case 071734L(PCL); Please review "Discrepancy Order" and rescreen 07CV2083J TIME: DATE: |

## INTRODUCTION

Plaintiff Dennis Michael Gieck, a state prisoner currently proceeding PRO SE and IN FORMA PAUPERIS, recently submitted a new civil action [Complaint No. 07CV2083J(BLM)] with a new IN FORMA PAUPERIS MOTION and a new Trust Account Withdrawal Statement-Authorization processed by CSP prison personnel. Plaintiff begs the Honorable USDC Judge Napolean A. Jones' pardon, but said 07CV2083J(BLM) is an entirely new cause of

1.

action with entirely new Defendants. Plaintiff very respectfully requests the Court <u>PLEASE</u> rescreen 07CV2083 J(BLM).

Additionally Plaintiff needs to apprise the Court of Plaintiff's Exhibits "AG" through "C". This document comprises identical medical records in both U.S.D.C. cases 07CV2083J(BLM) and 071734L(PCL), except Plaintiff's "AG" through "C" in case No. 07CV2083J(BLM) "AG" 1-5 is new data for the purposes of proving the new Complaint. Complaint 071734L(PCL) is only mentioned to show the current pattern of retaliatory medication denials that continue to plague Plaintiff's existence. If this exhibit "AG" 3 is not permissible Plaintiff respectfully requests the Court strike Plaintiff's Exhibit "AG" 3 in Case No. 07CV2083J (BLM).

The specific dates regarding the most recent constitutional violations in case no. 07CV2083J(BLM) are 10-10-'07 (Count 1), 10-12-'07 (Count 2), and 10-20-'07 (Count 3), respectively.

Plaintiff respectfully asks this Court to please return the main document copies (8), with the eight separate memorandum of points and authorities submitted by Plaintiff; Plaintiff, if the Court permits, will re-submit documents. As soon as the documents and exhibits "AG"-"C" arrive Plaintiff will quickly repackage and

2.

resend said documents and exhibits.

Plaintiff is currently awaiting neuro surgery at U.C.S.D. and/or Alvarado Medical Center and is housed in the prison out patient unit. For this reason Plaintiff respectfully requests the Court send Plaintiff a document to prove this case is screened and active so Plaintiff can access the law library for copies for the Attorney General's office and other related functions. Restrictions, even with deadlines, exist for the out patient housing unit prisoners with respect to the law library.

Thank you.

## Verification

I declare under penalty of perjury the above information is true and correct and if I am called to testify I will testify to the same.

Date: December 4, 2007

Resent: December 20, 2007  Dennis Michael Gleck

original signature

3.

# PROOF OF SERVICE

Hon. U.S.D.C. Judge Jones

I, Dennis Gieck, am the Plaintiff in the above entitled civil action and I have placed a true copy of these documents ["Plaintiff's New Complaint"] in the U.S. Mail for the Attorney General's Office at:

Documents:
1. PLAINTIFF'S NEW COMPLAINT;
2. PLAINTIFF'S MOTION FOR RESCREENING

Office of the Attorney General (Ms. Walter, Dep. Attorney General)
110 West A Street
Suite 1100
San Diego, CA 92101

I declare under the penalty of perjury that the above documents are true and correct, and that I have sent these enclosed documents [a copy] to the Attorney General's office, San Diego, on 12-20-2007.

Plaintiff apologizes for the error and is trying earnestly to get to the law library on a daily basis! Thank you.

DATED: 12-20-2007
07CV2083J(BLM)

I cannot get to the law library for supplies or copies but I made sure the AG's office got a copy according to the Court's instructions, by asking Infirmary Staff to make one.

10/31/06 2000 - Refused at call "that's not going to help me." Barker

Thank you

Plaintiff Cieck
K76680
INFIRMARY Cell #1

Proof of Service on reverse side (thank you). →